# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DRERAN CRAIG | ) |
|         **Plaintiff,** | ) |
| vs. | ) Case No. 17-cv-363-MJR |
| WEXFORD HEALTH SOURCES, INC, | ) |
| TROST, | ) |
| GAIL WALLS, | ) |
| JOHN DOE #1, | ) |
| JOHN BALDWIN, and | ) |
| ILLINOIS DEPT OF CORRECTIONS | ) |
|         **Defendants.** | ) |

## NOTICE OF IMPENDING DISMISSAL

**REAGAN, Chief Judge:**

Plaintiff Dreran Craig filed this action pursuant to 42 U.S.C. § 1983 alleging unconstitutional conditions of confinement and inadequate medical care at Menard Correctional Center. (Doc. 1). In his Complaint, Plaintiff seeks monetary damages. (Doc. 1).

On April 7, 2017, this case was opened in the Southern District of Illinois without payment of a filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). (Doc. 1) (Doc. 4). On April 7, 2017, the Clerk of Court sent Plaintiff a letter (Doc. 4) advising him that he must prepay the filing fee of $400.00 or file an IFP Motion within thirty (30) days (*i.e.*, by May 8, 2017). Plaintiff was clearly warned that failure to prepay the full filing fee or file an IFP Motion by May 8, 2017, would result in dismissal of this case. *Id.* Document 4 was mailed to Plaintiff at the address listed on the complaint and on file with the Clerk's Office in this action at the time – Menard Correctional Center. Attached to this letter was a form IFP Motion. On April 21, 2017, Plaintiff filed a

motion requesting that the Court order Menard officials to produce his trust fund statement. (Doc. 5). The Court denied that motion on April 24, 2017, because the trust fund statement is already in the record at Doc. 3. (Doc. 6). Plaintiff was instructed once again that his IFP motion was due no later than May 8, 2017. (Doc. 6). Plaintiff has filed nothing further.

To date, Plaintiff has not paid the $400.00 filing fee for the action or filed a properly completed IFP Motion. The Court cannot allow this matter to linger indefinitely. The deadline set in Document 4 remains in effect.

Plaintiff is hereby **ORDERED** to provide the Court with a filing fee of $400.00 or a properly completed IFP Motion on or before **May 31, 2017**. The Clerk is DIRECTED send Plaintiff another form IFP motion.

Plaintiff is again **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate Plaintiff's whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order shall result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

DATED May 10, 2017.

> s/ MICHAEL J. REAGAN
> United States Chief District Judge