# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DRERAN CRAIG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-cv-03633-MJR-SCW |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| DR. TROST, | ) |
| GAIL WALLS, | ) |
| JOHN DOE 1, | ) |
| JOHN BALDWIN, | ) |
| JACQUELINE LASHBROOK, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER
## ADOPTING REPORT & RECOMMENDATION

**REAGAN, Chief Judge:**

On June 28, 2018, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge, for an evidentiary hearing on Defendants' Motion for Summary Judgment on the Issue of Exhaustion of Administrative Remedies (Docs 42, 46). Following the hearing, Magistrate Judge Williams prepared a Report and Recommendation (Doc. 58). Judge Williams recommends that the undersigned District Judge grant the motions (*Id.*). Upon issuance of the Report and Recommendation, Magistrate Judge Williams informed the parties that they had 14 days to object to his recommendations. (*Id.* at 9). The 14-day deadline—July 23, 2018—came and went without any objections being filed.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 58). The Court finds that Magistrate Judge Williams's recommendations are sound, particularly

in light of the detailed analysis of exhaustion as to the lack of documentation from the Plaintiff tending to suggest that he filed grievances, or even if he did, that he exhausted the administrative process. As Magistrate Judge Williams noted, Plaintiff's evidence on exhaustion was inconsistent and lacked credibility. Plaintiff's own verbal account of facts was also contradicted by his paper filings, and Defendants' evidence. Based on these issues, the Defendants' motions are hereby **GRANTED**. No claims remain against any party. Accordingly, judgment shall be entered in favor of all Defendants and the Clerk's office is directed to close this case.

    **IT IS SO ORDERED.**

    DATED: August 30, 2018

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge